UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC JEROME B.,

                Plaintiff,

v.

FRANK BISIGNANO,
COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.

_____/

Case No. 26-10294

Curtis Ivy, Jr.
United States Magistrate Judge

**ORDER ON PLAINTIFF'S MOTION TO
STRIKE AND AMEND BRIEFING SCHEDULE (ECF No. 14)**

Pending before the Court is the Commissioner of Social Security's

("Commissioner") *Motion to Strike the Certified Administrative Record and File a*

*Corrected Administrative Record and Amend Briefing Schedule.* (ECF 14). On

March 30, 2026, the Commissioner filed his *Transcript of Social Security*

*Proceedings.* (ECF 10). On April 2, 2026, the Court set the following briefing

schedule: Plaintiff was to file his motion for summary judgment by May 4, 2026;

Defendant's response and motion for summary judgment was due by June 3, 2026;

and Plaintiff's reply was due by June 17, 2026. Plaintiff, who is proceeding pro se,

filed his motion for summary judgment on April 23, 2026. (ECF 13). In his

motion, Plaintiff frequently references the Transcript of Social Security

Proceedings. (*Id.*).

Defendant now moves to strike this transcript, which was previously certified as "a full and accurate transcript of the entire record of the proceedings relating to this case," (ECF No. 10-1 Page.ID.25), because "[t]he contractor that prepared the transcription of Plaintiff's hearing before the Administrative Law Judge has notified the agency that they found errors in the original transcription." (ECF No. 14, PageID.838).  Defendant does not describe the extent of these errors. Nor does Defendant attach as an exhibit the proposed corrected copy of the transcript to be filed in the case.  Significantly, Defendant's motion is silent as to whether Defendant attempted to meet and confer with Plaintiff before filing this motion as required by Eastern District of Michigan Local Rule 7.1.

The Court finds that Plaintiff did not properly comply with Eastern District of Michigan Local Rule 7.1 which provides that the moving party must meet and confer in good faith with the nonmoving party in an effort to obtain the relief sought without court intervention or to narrow the areas of disagreement prior to filing the motion.  LR 7.1(a).

Accordingly, it is **ORDERED** that Defendant's *Motion to Strike the Certified Administrative Record and File a Corrected Administrative Record and Amend Briefing Schedule* (ECF 14) is **DENIED** with leave to refile.

**IT IS SO ORDERED.**

2

3

Date: May 15, 2026                    s/Curtis Ivy, Jr.
                                      Curtis Ivy, Jr.
                                      United States Magistrate Judge


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2026, by electronic means and/or ordinary mail.

s/Sara Krause
Case Manager
(810) 341-7850

3